# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| Tsenguun (Chris) Bulgan, ) | |
| ) | |
| Plaintiff, ) | **ORDER** |
| ) | |
| vs. ) | |
| ) | |
| J & A Services, LLC, ) | Case No. 1:23-cv-149 |
| ) | |
| Defendant. ) | |

On November 20, 2023, the Parties filed a Stipulation to Amend Complaint. (Doc. No. 14). The court **ADOPTS** the Parties' stipulation (Doc. No. 14). Plaintiff shall file the First Amended Complaint by November 29, 2023.

**IT IS SO ORDERED.**

Dated this 21st day of November, 2023.

/s/ Clare R. Hochhalter
Clare R. Hochhalter, Magistrate Judge
United States District Court