**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA**

| | | |
|---|---|---|
| Tsenguun (Chris) Bulgan, | ) | |
| | ) | **ORDER FOR MID-DISCOVERY** |
| Plaintiff, | ) | **STATUS CONFERENCE** |
| | ) | |
| v. | ) | |
| | ) | |
| J&A Services, LLC, and | ) | |
| Continental Resources, Inc., | ) | |
| | ) | Case No. 1:23-cv-149 |
| Defendants. | ) | |

**IT IS ORDERED**:

A mid-discovery status conference will be held on August 15, 2024, at 9:00 AM before the magistrate judge by telephone. To participate in the conference, the parties shall call (877) 810-9415 and enter access code 8992581. The conference may be recorded for the convenience of the court.

Dated this 28th day of February, 2024.

*/s/ Clare R. Hochhalter*
Clare R. Hochhalter, Magistrate Judge
United States District Court