### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| TSENGUUN (CHRIS) BULGAN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | **ORDER** |
| v. ) | |
| ) | |
| J&A SERVICES, LLC, CONTINENTAL ) | |
| RESOURCES, INC., ATLANTIC ENERGY ) | |
| PARTNERS, and DIAMOND W, LLC, ) | |
| ) | |
| Defendants. ) | |
| ) | |
| and ) | |
| ) | |
| ATLANTIC ENERGY PARTNERS, LLC, ) | Case No. 1:23-cv-149 |
| ) | |
| Third-party Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| GEOFFREY CLAW and CAHONE MESA ) | |
| CONSULTING, LLC, ) | |
| ) | |
| Third-party Defendants. ) | |

On September 5, 2025, the Parties filed a Joint Status Report and Motion to Continue Trial. (Doc. No. 82). Therein, the Parties advised that, given the recent addition of new parties, they need additional time to conduct discovery. They request a continuance of the final pretrial conference and trial.

The court **GRANTS** the Parties' Motion to Continue Trial (Doc. No. 82). The final pretrial conference on September 9, 2025, shall be rescheduled for September 8, 2026, at 9:00 AM by telephone before the magistrate judge. To participate, the Parties shall call (571) 353-2301 and enter 292466149 followed by # when prompted for the "Call ID." The jury trial on September 22, 2025,

1

shall be rescheduled for September 21, 2026, at 9:30 AM in Bismarck (courtroom 1) before Judge Traynor.  A five (5) day trial is anticipated.  The Parties shall submit a revised scheduled/discovery plan for the court's consideration by October 10, 2025.  They can email their proposed plan to ndd_J-Hochhalter@ndd.uscourts.gov.

**IT IS SO ORDERED.**

Dated this 8th day of September, 2025.

*/s/ Clare R. Hochhalter*
Clare R. Hochhalter, Magistrate Judge
United States District Court